| **Criminal Case Cover Sheet** | | **U.S. District Court** |
|---|---|---|

**Place of Offense:**
City _____Hagåtña_____    Related Case Information:    MJ-07-00005 ~~07-00008~~

Country/Parish _____
Superseding Indictment _____ Docket Number _____
Same Defendant _____    New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____BING XIN XIE_____

Alias Name _____

Address _____

_____China_____

Birthdate _____ SS# __None__ Sex __M__ Race __C__ Nationality __Chinese__

**RECEIVED JAN 19 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Mandarin__

**RECEIVED JAN 18 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __1/16/07__    Signature of AUSA: __Karon V. Johnson__