ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 07-00005 |
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' REQUEST** <br> ) **FOR ISSUANCE OF A WARRANT** |
| BING XIN XIE, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a warrant for defendant, BING XIN XIE, based on an Information filed charging the defendant with Illegal Entry in violation to Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

Respectfully submitted this 19th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney