1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

7
                    IN THE DISTRICT COURT OF GUAM
8
                    FOR THE TERRITORY OF GUAM
9

10 UNITED STATES OF AMERICA,        ) MAGISTRATE CASE NO. 07-00005
                                    )
11              Plaintiff,          )
                                    )        **O R D E R**
12          vs.                     )  **re United States' Request for**
                                    )  **Issuance of Warrant**
13 BING XIN XIE,                    )
                                    )
14              Defendant.          )
   _____)

15

16      Upon the filing of an Information and the request of the government,

17      IT IS SO ORDERED that a warrant be issued for the above-named defendant.

18

19

20 Dated:  January 23, 2007

21

22

23                              **/s/ Joaquin V.E. Manibusan, Jr.**

24                              **U.S. Magistrate Judge**

25

26

27

28