# FILED

# UNITED STATES DISTRICT COURT

DISTRICT COURT OF GUAM

District of _____    GUAM    JAN 30 2007

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

BING XIN XIE

Case Number: MJ-07-00005-001

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    BING XIN XIE
_____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

## RECEIVED

JAN 23 2007

US MARSHALS SERVICE-GUAM

charging him or her with   (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1) and 6 U.S.C. §§ 251 and 557

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| MELISSA L. TRAUNER | *Melissa Grace* (signature) |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/23/2007          Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

PACIFIC DAILY NEWS BLDG.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST JAN 29, 2007 | CLIFFORD KIBOTA | *(signature)* |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   BING XIN XIE _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: