1
2
3
4
5
6                        DISTRICT COURT OF GUAM
7                        TERRITORY OF GUAM
8
9   UNITED STATES OF AMERICA,              Magistrate Case No. **07-00005**
10                  Plaintiff,
11          vs.                            **APPOINTMENT ORDER**
12  **BING XIN XIE,**
13                  Defendant.
14

15          IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to
16
    represent the defendant in the above-entitled case *nunc pro tunc* to January 29, 2007.
17
18          Dated this 30th day of January 2007.
19
20
21
22
23                                         **/s/ Joaquin V.E. Manibusan, Jr.**
                                           **U.S. Magistrate Judge**
24
25
26
27
28