# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-07-00005      DATE: March 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 11:23:15 - 11:38:51
CSO: B. Benavente

**APPEARANCES:**

Defendant: Bing Xin Xie      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Judy Ocampo      U.S. Marshal: V. Roman / T. Muna
Interpreter: Foo Mee Chun Clinard      Language: Chinese Mandarin

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: June 25, 2007 at 10:00 A.M.
- Presentence Report due to the parties: May 21, 2007
- Response to Presentence Report: June 4, 2007
- Final Presentence Report due to the Court: June 18, 2007
- Defendant to remain in custody.

NOTES: