# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: MJ-07-00005                                  DATE: June 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Virginia Kilgore |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 10:47:43 - 10:56:01 |
| CSO: B. Pereda | |

**APPEARANCES:**

Defendant: Bing Xin Xie                               Attorney: Richard Arens
    Present   Custody   Bond   P.R.         Present   Retained   FPD   CJA

U.S. Attorney: Karon Johnson                          U.S. Agent:
U.S. Probation: Carleen Borja                         U.S. Marshal: T. Muna
Interpreter: Chung Harrell                            Language: Chinese/Mandarin

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $10.00 to be paid immediately after sentencing.

NOTES: