PROB 34
(3/07)

Report and Order Terminating Probation/Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

BING XIN XIE

MAGISTRATE CASE NO. 07-00005-001

    It appearing that the above-named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **June 24, 2008,** I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
       Richard P. Arens, AFPD
       File

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: **Jul 16, 2008**